IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,        2:01-cv-0511-GEB-KJM-P

  vs.

JOEL NOEL PINTO,

      Movant.         ORDER

_____/

      Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On August 30, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

1

1 Neither party has filed objections to the findings and
2 recommendations.
3      Although it appears from the file that movant's copy of
4 the findings and recommendations were returned, movant was
5 properly served. It is the movant's responsibility to keep the
6 court apprised of his current address at all times. Pursuant to
7 Local Rule 83-182(f), service of documents at the record address
8 of the party is fully effective.
9      The court has reviewed the file and finds the findings
10 and recommendations to be supported by the record and by the
11 magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED
12 that:
13      1. The findings and recommendations filed August 30,
14 2005, are adopted in full;
15      2. This action is dismissed without prejudice; and
16      3. The Clerk of the Court is directed to close the
17 companion civil case, No. CIV S-04-1202 GEB KJM P.
18 Dated: October 7, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2